STEPHEN P. STUBBS, Esq.
Nevada Bar No. 10449
TAX LAW SOLUTIONS, LLC
626 South Third Street
Las Vegas, NV 89101
E-mail:       taxlawsolutionsllc@gmail.com
              stephen@stephenpstubbs.com
Telephone:    (702) 493-1040
Facsimile:    (702) 293-3289
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALEXANDER TAMBE; SHAWN CHASTEN; ESTELLA BONET; EDWARD BRYANT GIBSON; STEVE BARROWS; ANTHONY D. MCCALL; | CASE NO.:   2:13-cv-1590-APG-VCF |
| Plaintiffs, | **RELATED TO CASE: 2:12-CV-01093-APG-VCF** |
| vs. | |
| NORTH LAS VEGAS POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; DOES 1 through 10; and ROES 11 through 20 inclusive, | **STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 25, 2016** |
| Defendants. | |

### STIPULATION AND (PROPOSED) ORDER TO MOVE FILING DEADLINE OF PLAINTIFF'S OPPOSITION TO JANUARY 25, 2016

Plaintiffs, by and though their counsel of record, Stephen P. Stubbs, and Defendants, by and through their counsel of record, KAEMPFER CROWELL, hereby stipulate to move the current deadline for Plaintiffs to file an Opposition to Defendants' Motion for Order to Show Cause from January 21, 2016 to January 25, 2016.

///

///

///

**DATED this 21st day of January, 2016.**

**TAX LAW SOLUTIONS, LLC**

_____/s/ Stephen P. Stubbs_____

**STEPHEN P. STUBBS, ESQ., #10449**
**626 South Third Street**
**Las Vegas, Nevada 89101**

**DATED this 21st day of January, 2016.**

**KAEMPFER CROWELL**

_____/s/ Lyssa S. Anderson_____

**LYSSA S. ANDERSON, ESQ., #5781**
**1980 Festival Plaza Drive, Suite 650**
**Las Vegas, Nevada 89135**

Dated this 21st day of January, 2016.

**IT IS SO ORDERED**

_____

**UNITED STATES MAGISTRATE JUDGE**