LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com

Attorneys for Defendant,
CITY OF NORTH LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ALEXANDER TAMBE; SHAWN CHASTEN; ESTELLA BONET; EDWARD BRYANT GIBSON; STEVE BARROWS; ANTHONY D. MCCALL;<br><br>Plaintiffs,<br><br>vs.<br><br>NORTH LAS VEGAS POLICE DEPARTMENT, a Political Subdivision of the STATE OF NEVADA; DOES 1 through 10; and ROES 11 through 30 inclusive,<br><br>Defendants. | Case No. 2:13-cv-01590-RFB-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiffs, RICHARD ALEXANDER TAMBE, SHAWN CHASTEN, ESTELLA BONET, EDWARD BRYANT GIBSON, STEVE BARROWS and ANTHONY D. McCALL, by and through their counsel, Stephen Stubbs, of TAX LAW SOLUTIONS, LLC, and Defendant, CITY OF NORTH LAS VEGAS, erroneously named as North Las Vegas Police Department, by and through its counsel, LYSSA S. ANDERSON, of KAEMPFER CROWELL, that Plaintiff's lawsuit against

the City of North Las Vegas / North Las Vegas Police Department hereby be dismissed, with prejudice, with each party to bear its own attorney fees and costs.

DATED this 25th day of January, 2016.

KAEMPFER CROWELL

BY: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
**Attorneys for Defendant**
**CITY OF NORTH LAS VEGAS**

TAX LAW SOLUTIONS, LLC

BY: /s/ Stephen Stubbs
STEPHEN STUBBS
Nevada Bar No. 10449
626 South Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 28th day of January, 2016.